COMMONWEALTH *v.* S. J. MATTHEWS.

[Abstract Kentucky Law Reporter, Vol. 3—473.]

**Sale of Intoxicating Liquor on Prescription.**

Where a druggist, a regular physician, kept the drug store himself and prescribed the liquors himself in good faith, he is not guilty of an unlawful sale even if he did not actually write out the prescription and preserve it as a protection from prosecution.

APPEAL FROM GRAVES CIRCUIT COURT.

December 17, 1881.

OPINION BY JUDGE HARGIS:

It was not necessary for the defendant to make out for himself a prescription and preserve it as a protection from prosecution, because he proves that he was a regular physician, kept the drug store himself, and prescribed the medicine in good faith to Hagood. The court, in view of those facts, correctly instructed the jury.

Wherefore the judgment is *affirmed.*

P. W. Hardin, for appellant.

S. H. Crossland, for appellee.

[Cited, *Lindsey v. Commonwealth,* 89 Ky. 64, 18 Ky. L. 49, 35 S. W. 269; *Commonwealth v. McGorty,* 5 Ky. L. 674.]